USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2024

LAW OFFICE OF DANIEL F. WACHTELL
90 Broad Street, 23rd Floor
New York, New York 10004
917-667-6954
dan@danwachtell.com

October 7, 2024

**Via ECF**
The Honorable Margaret M. Garnett
United States District Judge, Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    **United States v. Jason Steele, No. 24 Cr. 572 (MMG)**

Dear Judge Garnett:

    I represent Defendant Jason Steele in the captioned case. Pursuant to Rule IV.C.1 of Your Honor's Individual Rules and Practices, I write with the consent of both the United States Attorney's Office and Pretrial Services to request a modification of Mr. Steele's bail conditions.

    Specifically, the report prepared by Pretrial Services Officer Francesca Tessier, following her interview of Mr. Steele, recommended that Mr. Steele be allowed to report for pretrial supervision by telephone and/or web only, rather than in person. As the Court is aware, Mr. Steele resides in Virginia, but is being supervised by Ms. Tessier in the S.D.N.Y., and all parties agree that remote supervision is sufficient in this case.

    However, Ms. Tessier informs me that because the Court's minute entry [Docket No. 4] regarding bail only specifies "Pretrial Supervision as directed by Pretrial Services," and does not note explicitly that the Court approves remote reporting, she still requires the Court's approval in writing to allow Mr. Steele to report for supervision remotely.

    Thus, I respectfully request that Your Honor so-order this requested modification to allow Mr. Steele to report for his Pretrial Supervision remotely. As noted above, both Ms. Tessier (on behalf of Pretrial Services) and AUSA Thomas Burnett consent to this modification.

    Thank you for your time and attention to this request.

                                    Respectfully submitted,

                                    Daniel F. Wachtell

Dated: 10/7/2024
SO ORDERED: _____
                  Margaret M. Garnett, U.S.D.J.