

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2025

**By ECF**
Hon. Margaret M. Garnett
Southern District of New York
40 Foley Square
New York, NY 10007

> Request GRANTED. The control date for sentencing is adjourned to October 2, 2025. The parties are to file another status update by July 2, 2025. SO ORDERED.
> Dated: 3/31/2025

Re:   **United States v. Jason Steele**, 24 Cr. 572 (MMG)

Dear Judge Garnett:

      The Government writes with a status update in the above-captioned case. As the Court is aware, Mr. Steele's cooperation is relevant to the ongoing case against Kenneth Newcombe and Tridip Goswami, which is before Judge Rakoff. *See United States v. Newcombe et al.*, 24 Cr 567 (JSR). That case does not yet have a trial date, and the next conference is scheduled for July 1, 2025. The parties respectfully request that the Court adjourn the control date for Mr. Steele's sentencing, which is currently set for April 2, 2025, by six months, to October 2, 2025. The parties also respectfully request that the Court set a deadline of July 2, 2025 for the Government's next status update.

      Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By:   */s/ Thomas Burnett*
     Thomas Burnett / Nicholas W. Chiuchiolo /
     Kevin Mead
     Assistant United States Attorneys